**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 08-6987

UNITED STATES OF AMERICA,

              Plaintiff - Appellee,

       v.

RANDY GEAN WILLIAMS, a/k/a Malik Strong,

              Defendant - Appellant.

Appeal from the United States District Court for the Eastern
District of Virginia, at Norfolk.  Jerome B. Friedman, District
Judge.  (2:99-cr-00116-JBF-2)

Submitted:  August 14, 2008       Decided:  September 23, 2008

Before MICHAEL, Circuit Judge, and WILKINS and HAMILTON, Senior
Circuit Judges.

Affirmed by unpublished per curiam opinion.

Randy Gean Williams, Appellant Pro Se.  Laura Pellatiro Tayman,
Assistant United States Attorney, Newport News, Virginia, for
Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Randy Gean Williams appeals the district court's order denying his motion for reduction of sentence pursuant to 18 U.S.C. § 3582(c) (2000). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. United States v. Williams, No. 2:99-cr-00116-JBF-2 (E.D. Va. May 6, 2008). We grant Williams' motion to supplement the record pursuant to Fed. R. App. P. 28(j). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED